■ HELEN T. SALISBURY, Appellant, v THOMAS D. SMITH, Defendant and Third-Party Plaintiff-Respondent. RICHARD SALISBURY, Third-Party Defendant. — Appeal from an order of the Supreme Court at Special Term (Viscardi, J.), entered June 10, 1983 in Warren County, which denied plaintiff's motion to reargue a prior motion for summary judgment made by defendant. Plaintiff's motion for reargument of a prior motion by defendant for summary judgment dismissing the complaint was denied. An order denying a motion to reargue is not an appealable order (see *Weber v Cassius,* 46 AD2d 976). Appeal dismissed, with costs. Mahoney, P. J., Casey, Mikoll, Weiss and Levine, JJ., concur.